IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GABRIEL M. RODRIGUEZ AND LETICIA V. RODRIGUEZ** | § § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. |
| **MERIDIAN SECURITY INSURANCE COMPANY** | § § § § | |
| *Defendant*. | § | |

### DEFENDANT MERIDIAN SECURITY INSURANCE COMPANY'S
### NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Meridian Security Insurance Company ("Meridian" or "Defendant"), files this Notice of Removal to the United States District Court for the Southern District of Texas, Houston Division, on the basis of diversity jurisdiction and would respectfully show the Court as follows:

### I.
### Background and Procedural History

1. This is an insurance coverage action. Meridian issued insurance policy No. H3V-291-873926-40 0 6 to Plaintiffs, Gabriel M Rodriguez and Leticia V. Rodriguez, ("Plaintiffs") for the policy period from September 3, 2020, to September 3, 2021 (the "Policy"). The Policy provided coverage for Plaintiff's property in Harris County, Texas ("Property"). Plaintiff alleges that "Venue is proper in Harris County because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County. TEX. CIV. PRAC. & REM.

Code § 15.002(a)(1). Plaintiff reported a claim to Meridian on or about June 3, 2022, and it was assigned Claim No. 049705751-01 ("Claim").

2. On June 13, 2023, an action was commenced by Plaintiff in the 157th Judicial District Court of Harris County, Texas, styled *Gabriel M. Rodriguez and Leticia v. Rodriguez vs. Meridian Security Insurance Company*, Cause No. 2023-36488. Plaintiff asserts causes of action for breach of contract, noncompliance with the Texas Insurance Code, including bad faith and the prompt payment of claims, breach of the duty of good faith and fair dealing, and DTPA violations.

3. The process papers were mailed by certified mail to Meridian Security Insurance Company and were delivered on June 20, 2023.

4. Meridian filed its Original Answer in the 157th Judicial District Court of Harris County, Texas, on July 17, 2023.

5. Plaintiff alleged in their Petition that the actual damages to the Property under the Policy are $100,068.16. *See* Exhibit 2 ay ¶4; 28 U.S.C. § 1446(c)(2).

6. Defendant files this notice of removal within 30 days of receiving service of Plaintiff's pleading. *See* 28 U.S.C. §1446(b).

Attached hereto are copies of the following documents:

- **Exhibit 1:**   Index of Matters Being Filed
- **Exhibit 2:**   The State Court's Docket Sheet;
- **Exhibit 3:**   Plaintiff's Original Petition;
- **Exhibit 4:**   Citation served on Meridian Security Insurance;
- **Exhibit 5:**   Defendant's Original Answer;
- **Exhibit 6:**   List of Parties, Counsel and Other Information.
- **Exhibit 7:**   DTPA Notice Letter

- **Exhibit 8:**   Civil Cover Sheet

## II.
## Basis for Removal

7. "Generally, a defendant may remove to federal court any state court civil action over which the federal court would have 'original jurisdiction.'" *Issa v. Allstate County Mut. Ins. Co.*, 4:20-CV-3227, 2021 WL 2457729, at *1 (S.D. Tex. June 16, 2021) (citing 28 U.S.C. § 1441(a); *Gasch v. Hartford Acc. & Indem. Co.*, 491 F.3d 278, 281 (5th Cir. 2007)). "Federal courts have 'original jurisdiction' over civil actions where the parties are diverse and the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs." *Id.* (citing 28 U.S.C. § 1332(a)). The removing party has the burden of showing the removal is proper. *Id.* (citing *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002)). Removal of the above-captioned action is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a), and 1446.

   **A.   There is Complete Diversity of Citizenship.**

8. Plaintiffs Gabriel M Rodriguez and Leticia V. Rodriguez are citizens of Texas.

9. Defendant Meridian Security Insurance Company is an Indiana corporation and maintains its principal place of business in Indiana. As such, for diversity purposes, Meridian is a citizen of Indiana. 28 U.S.C. §1332(c)(1).

10. Therefore, there is complete diversity between the parties.

   **B.   The Amount in Controversy Exceeds $75,000.**

11. This is a civil action in which the amount in controversy exceeds $75,000. Prior to suit being filed, Plaintiff sent a DTPA Notice letter alleging the amount owed once suit was filed would be $356,742.99. *See* Exhibit 7.

## III.
## The Removal is Procedurally Correct

12. Meridian was served with the Petition and process on June 20, 2023. Meridian files this Notice of Removal within the thirty-day period set forth in 28 U.S.C. § 1446(b).

13. Venue is proper in this District and Division under 28 U.S.C. § 1446(a) because this District and Division include the county in which the state action has been pending and because a substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division.

14. Pursuant to 28 U.S.C. § 1446(d), after Meridian files this Notice of Removal, written notice of the filing will be given to Plaintiff, the adverse party. Specifically, Plaintiff will be served with notice of the filing.

15. Pursuant to 28 U.S.C. § 1446(d), after Meridian files this Notice of Removal, a true and correct copy of this Notice of Removal will be filed with the Clerk of the District Court of Harris County, Texas.

## IV.
## Conclusion

Based upon the foregoing, and other documents filed contemporaneously with this Notice of Removal and fully incorporated herein by reference, Defendant Meridian Security Insurance Company hereby removes this case to this Court for trial and final determination.

Respectfully Submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

By:  /s/ Ann Parrish
   **J. Mark Kressenberg**
   State Bar No. 11725900
   mkressenberg@thompsoncoe.com
   One Riverway, Suite 1400
   Houston, Texas 77056
   Telephone: (713) 403-8210
   Facsimile: (713) 403-8299
   **Ann Parrish**
   State Bar No. 24026606
   aparrish@thompsoncoe.com
   700 North Pearl Street
   25th Floor
   Dallas, TX 75201
   Telephone: (214) 292-7541
   Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT, MERIDIAN SECURITY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, a true and correct copy of the foregoing has been served on Plaintiffs' counsel in accordance with the Federal Rules of Civil Procedure:

**Chad T. Wilson Law Firm, PLLC**
Chad T. Wilson
cwilson@cwilsonlaw.com
Patrick C McGinnis
pmeginnis@cwilsonlaw.com
455 East Medial Center Blvd.,
Suite 555
Webster, Texas 77598
eservice@cwilsonlaw.com
***Counsel for Plaintiff***

   /s/ Ann Parrish
   Ann Parrish